IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-01574-WYD-PAC

ROSS ALAN MILBURN,

   Plaintiff(s),

v.

HARLEY LAPPIN, *et al.,*

   Defendant(s).

---

ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

---

This matter is before the court on plaintiff's *pro se* prisoner civil rights amended complaint, filed September 15, 2004.  Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915.  The court, having reviewed the complaint and being fully advised,

HEREBY **ORDERS** that the United States Marshal shall serve a copy of the amended complaint, summons, and the order granting leave to proceed pursuant to 28 U.S.C. §1915 **on defendant Lt. Jeter at the address provided to the Marshal's Service in a letter from Assistant United States Attorney Weishaupl dated June 22, 2005.**

All costs of service shall be advanced by the United States.

Dated June 28, 2005.

                              BY THE COURT:

                              s/Patricia A. Coan
                              PATRICIA A. COAN
                              United States Magistrate Judge